granted to the extent of staying the receiver appointed under the judgment upon condition that within five days from the entry of the order herein appellant file an undertaking, with corporate surety, in the sum of $7,500, to account for the property that comes into his possession from the receiver, and upon the further condition that the appeal be perfected and be brought on for argument at the January, 1931, term if the respondent will stipulate to that effect; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORT-GAGE CORPORATION, Appellant.— Motion for extension of time to answer granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORT-GAGE CORPORATION, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Hagarty and Carswell, JJ., dissent.

IDA ABRAMSON, Appellant, v. BENJAMIN M. HELPRIN and CELIA R. HELPRIN, Respondents, and Others, Defendants.— Order denying plaintiff's motion to strike out answers of defendants Helprin and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JACOB W. BOSSERT, Respondent, v. BEATRICE B. RICE, Appellant.— Judgment in so far as it dismisses defendant's counterclaim reversed upon the law and the facts, with costs, and judgment directed for defendant in the sum of $1,000 and interest from the 21st day of July, 1923, with costs, upon authority of Cohen v. A. F. A. Realty Corp. (250 N. Y. 262). Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

CLINTON BURNS, Respondent, v. WILLIAM P. JENKS and Others, as Copartners Doing Business as JENKS, GWYNNE AND COMPANY, Appellants.— Order as resettled, granting plaintiff's motion to serve an amended reply, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ELIZABETH CLARK, Appellant, v. DOROTHY GOLDSMITH, Respondent.— Judgment dismissing plaintiff's complaint upon the ground that she failed to prove herself free from contributory negligence reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. Plaintiff was struck by defendant's automobile while standing at a point approximately in the middle of New Main street about eighty to one hundred feet west of Nepperhan avenue, Yonkers. Whether or not she used care in leaving the sidewalk and traversing the street from the curb to the point where she took her position is immaterial under the circumstances. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

FRANCIS A. CUNDILL, Respondent, v. A. W. MILLHAUSER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. [136 Misc. 107.]

THE CUNEO EASTERN PRESS, INC., Appellant, v. BARNETT ASTROWSKY and Others, Respondents, and Others, Defendants.— Order dismissing complaint